# Court of Appeals
# of the State of Georgia

ATLANTA, __May 01, 2012_____

*The Court of Appeals hereby passes the following order:*

**A12A1134. DIAMOND CREEK, LLC et al. v. BANK SOUTH.**

The Appellant's brief was due in this case on March 5, 2012. On April 3, this Court ordered the Appellant to file its brief on or before April 13 or the appeal would be dismissed. As the Appellant has failed to comply with this Court's order within the time allowed, this case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__ 05/01/2012_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*